WILLIAM M. RUBENDALL State Bar No. 80616
DAVID E. GATES State Bar No. 039107
LAW OFFICES OF WILLIAM M. RUBENDALL
801 Augusta Court
Concord, Ca. 94518

(925) 827-2272
(925) 827-2905 Fax
wrubelaw@sbcglobal.net
Attorneys for Debtors
BONIFACIO SANDOVAL
MARIA E SANDOVAL

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| In re | Case No. 10-44864 - WJL |
| | Chapter 13 |
| BONIFACIO SANDOVAL | |
| MARIA E SANDOVAL | **EX PARTE MOTION FOR ORDER REOPENING CASE** |
| Debtors | |
| _____/ | |

TO THE HONORABLE WILLIAM J. LAFFERTY, JUDGE OF THE UNITED STATES BANKRUTPCY COURT:

Debtors BONIFACIO SANDOVAL and MARIA E SANDOVAL, by their attorneys, William M. Rubendall and David E. Gates, move the court for its Order reopening this case pursuant to 11 U.S.C. 350 (b).

1. Debtors filed their Chapter 13 Petition in Bankruptcy April 29, 2010.
2. The case was closed without a discharge on August 21, 2015 as Debtors did not file their Certification in Support of Discharge.
3. Debtors request that their Chapter 13 case be re-opened in order for them to file the Certification in Support of Discharge pursuant to 11 U.S.C. 350 (b) so they can obtain a discharge.

Dated: July 3, 2016

/s/William M. Rubendall
William M. Rubendall

[Motion]- 1

Case: 10-44864   Doc# 41   Filed: 07/03/16   Entered: 07/03/16 19:52:25   Page 1 of 1