WILLIAM M. RUBENDALL State Bar No. 80616
DAVID E. GATES State Bar No. 039107
LAW OFFICES OF WILLIAM M. RUBENDALL
801 Augusta Court
Concord, Ca. 94518

(925) 827-2272
(925) 827-2905 Fax
wrubelaw@sbcglobal.net
Attorneys for Debtors
BONIFACIO SANDOVAL
MARIA E SANDOVAL

The following constitutes the order of the court.
Signed July 6, 2016

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

In re

BONIFACIO SANDOVAL
MARIA E SANDOVAL

Debtors
_____/

Case No.  10-44864 - WJL

Chapter 13

**ORDER REOPENING CASE**

The Court, having read and considered Debtor's Ex Parte Motion for Order Reopening Case, hereby grants the Motion and ORDERS AS FOLLOWS:

1. Debtors' Chapter 13 case is reopened so that Debtor can file their Certification of Completion of Instructional Course Concerning Personal Financial Management pursuant to 11 U.S.C. 350 (b).

2. After Debtors' Certification in Support of Discharge is filed, and all other requirements are met, the court will enter a Notice of Chapter 13 Case Discharge.

**END OF ORDER**

[Order]- 1

COURT SERVICE LIST

None