

**The following constitutes the order of the court.**
**Signed August 9, 2016**

William J. Lafferty, III
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

|                                   |                      |
|-----------------------------------|----------------------|
| In re                             | No. 10-44864         |
|                                   | Chapter 13           |
| Bonifacio and Maria Sandoval,     |                      |
|                                   |                      |
| Debtor.                           |                      |

## MEMORANDUM

On July 6, 2016, the Court reopened the above-captioned case in order to give Debtors an opportunity to file the certifications necessary to complete their discharge. To date, no such certification has been filed. The Court hereby provides notice that unless the required certifications are filed, the case shall be closed on **Tuesday, August 23, 2016**.

## *END OF MEMORANDUM*

1

1
2   **<u>COURT SERVICE LIST</u>**
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28